# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JUAN MORALES,

        Plaintiff,

-vs-                                 Case No.  6:07-cv-1470-Orl-22GJK

ALDIE'S CERTIFIED AUTO BODY &
MECHANICAL, INC., and FELIX
ALDAHONDO,

        Defendants.

_____

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 42) filed on April 8, 2009.

The United States Magistrate Judge has submitted a Report recommending that the case be dismissed without prejudice for lack of prosecution.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed April 8, 2009 (Doc. No. 42) is ADOPTED and CONFIRMED and made a part of this Order.

2.     This case is hereby DISMISSED without prejudice for lack of prosecution.

3.     The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 27, 2009.

Copies furnished to:

Unrepresented Party
James Brown, Mediator

_Anne C. Conway_
ANNE C. CONWAY
United States District Judge